No. 08-01916-MD-MARRA/JOHNSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC., ALIEN
TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

This Document Relates To:

    DERIVATIVE ACTIONS.

/

**NOTICE OF APPEARANCE**

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, Arthur C. Leahy, Amber L. Eck, Mary K. Blasy and Julie A. Wilber of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, 655 West Broadway, Suite 1900, San Diego, California 92101, telephone 619/231-1058, fax 619/231-7423, hereby file this Notice of Appearance on behalf of plaintiff Sheet Metal Workers Local #218(S) Pension Fund.

No. 08-01916-MD-MARRA/JOHNSON

| | |
|---|---|
| DATED:  August 28, 2008 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |

s/ DAVID J. GEORGE
DAVID J. GEORGE

PAUL J. GELLER
Florida Bar No. 984795
pgeller@csgrr.com
DAVID J. GEORGE
Florida Bar No. 0898570
dgeorge@csgrr.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
ARTHUR C. LEAHY
AMBER L. ECK
MARY K. BLASY
JULIE A. WILBER
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COHEN, PLACITELLA & ROTH, P.C.
STEWART L. COHEN
HARRY M. ROTH
Two Commerce Square, Suite 2900
2001 Market Street
Philadelphia, PA  19103
Telephone:  215/567-3500
215/567-6019 (fax)

Attorneys for Plaintiffs

S:\CasesSD\Chiquita Derivative\not00053707.doc

- 2 -

No. 08-01916-MD-MARRA/JOHNSON

CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 28, 2008.

           s/ DAVID J. GEORGE
           DAVID J. GEORGE

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

E-mail: dgeorge@csgrr.com

## Mailing Information for a Case 0:08-md-01916-KAM

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Mary K. Blasy**
  maryb@csgrr.com

- **Rachel L. Braunstein**
  rachel.braunstein@friedfrank.com

- **Benjamin D. Brown**
  bbrown@cmht.com

- **Daniel Arthur Casey**
  dan.casey@klgates.com,alicia.cardona@klgates.com,miamidocketing@klgates.com

- **Judith Brown Chomsky**
  jchomsky@igc.org

- **Alison K. Clark**
  aclark@sbtklaw.com

- **Stewart L. Cohen**
  scohen@cprlaw.com

- **Terry Collingsworth**
  tc@conradscherer.com

- **Patrick J. Coughlin**
  patc@csgrr.com

- **Jonathan W. Cuneo**
  jonc@cuneolaw.com

- **John De Leon**
  jlleon7@aol.com

- **Joseph A. DeMaria**
  jad@tewlaw.com

- **Matias Rafael Dorta**
  mrd@tewlaw.com

- **Amber L. Eck**
  ambere@csgrr.com

- **Jeffrey T. Edwards**
  jedwards@preti.com

- **Agnieszka M. Fryszman**
  afryszman@cmht.com

- **James M. Garland**
  jgarland@cov.com

- **David J. George**

dgeorge@csgrr.com,e_file_fl@csgrr.com

- **Joshua D. Glatter**
  jdg@osen.us

- **Neil L. Glazer**
  nglazer@kohnswift.com

- **James Kellogg Green**
  jameskgreen@bellsouth.net

- **Alan Graham Greer**
  agreer@richmangreer.com,isilva@richmangreer.com

- **Brian D. Greer**
  brian.greer@aporter.com

- **Ronald Searle Guralnick**
  rgacquit@bellsouth.net

- **John E. Hall**
  jhall@cov.com

- **Gregory P. Hansel**
  ghansel@preti.com

- **Rene Devlin Harrod**
  rharrod@bergersingerman.com,hestama@bergersingerman.com,efile@bergersingerman.com

- **David B. Hennes**
  david.hennes@friedfrank.com

- **Paul L. Hoffman**
  hoffpaul@aol.com

- **Eric H. Holder , Jr**
  eholder@cov.com

- **Robert C. Josefsberg**
  rjosefsberg@podhurst.com,bertpatton@podhurst.com,mestrada@podhurst.com,arundlet@podhurst.com,amann@podhurst.com

- **William Bennett King**
  wbk@searcylaw.com,mas@searcylaw.com,lbd@searcylaw.com

- **Dianna Walsh Lamb**
  dianna.lamb@friedfrank.com

- **Arthur Leahy**
  artl@csgrr.com

- **Robert S. Litt**
  robert.litt@aporter.com

- **Carrie M. Logan**
  clogan@preti.com

- **Brian D. Long**
  bdl@rigrodskylong.com

- **Jeffrey B. Maletta**
  jeffrey.maletta@klgates.com

- **Eli R. Mattioli**
  emattioli@thelen.com

- **William G. McGuinness**
  william.mcguinness@friedfrank.com

- **Gina R. Merrill**
  gmerrill@cov.com

- **Jenny R. Mosier**
  jmosier@cov.com

- **Gary M. Osen**
  gmo@osen.us

- **Elissa J. Preheim**
  elissa.preheim@aporter.com

- **Cristopher Stephen Rapp**
  csrapp@jones-foster.com

- **Ramon Alvaro Rasco**
  rrasco@podhurst.com

- **Peter Raven-Hansen**
  pravenhansen@gmail.com

- **Jonathan C. Reiter**
  jcrlaw@hotmail.com

- **Seth D. Rigrodsky**
  sdr@rigrodskylong.com

- **Robert Jeffrey Robbins**
  rrobbins@csgrr.com,e_file_fl@csgrr.com

- **Mark Anthony Romance**
  mromance@richmangreer.com,isilva@richmangreer.com

- **Harry M. Roth**
  hroth@cprlaw.com

- **David Joseph Sales**
  djs@searcylaw.com

- **John Scarola**
  mep@searcylaw.com

- **Aaron Schlanger**
  as@osen.us

- **Stephen H. Schwartz**
  sschwartz@kohnswift.com

- **Marco Simons**
  marco@earthrights.org

- **Jonathan M. Sperling**
  jsperling@cov.com

- **Steven M. Steingard**
  ssteingard@kohnswift.com

- **Robert M. Stern**
  rstern@omm.com

- **Sidney Alton Stubbs , Jr**

  sstubbs@jones-foster.com,mkieta@jones-foster.com

- **William J. Wichmann**
  wjw@conradscherer.com

- **Robert William Wilkins**
  rwilkins@jones-foster.com,csrapp@jones-foster.com

- **Paul David Wolf**
  paulwolf@icdc.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com

## Manual Notice List

The following is the list of parties who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Kathleen Lee Barber
Coughlin Stoia Geller Rudman & Robbins LLP
120 E Palmetto Park Road
Suite 500
Boca Raton, FL 33432

Jonathan D. Borrowman
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street NW
Washington, DC 20006-1600

Arturo Carrillo
Colombian Institute of International Law
5425 Connecticut Avenue NW
Suite 219
Washington, DC 20015

William K. Cavanagh
Cavanagh & O'Hara
407 E Adams Street
Springfield, IL 62701

Hermann Ferre
Thelen Reid & Priest
875 Third Avenue
New York, NY 10022

Hawaii Annuity Trust Fund for Operating Engineers
,

Richard Herz
Earth Rights International
1612 K Street NW
Suite 401
Washington, DC 20006

Beth J. Kushner
Von Briesen & Roper SC
411 E Wisconsin Avenue
Suite 700
Milwaukee, WI 53202

Michael G. Lenett
Cuneo Gilbert & Laduca LLP
507 C Street NE
Washington, DC 20002

Molly McOwen
Cohen Milstein Hausfeld & Toll
1100 New York Avenue NW
Suite 500 West Tower
Washington, DC 20005-3934
```

**Samuel Meirowitz**
Osen LLC
700 Kinderkamack Road
Orandell, NJ 07649

**John P. Pierce**
Pierce Law Group
4641 Montgomery Avenue
Suite 500
Bethesda, MD 20814

**Julie Wilber**
Coughlin Stoia Geller Rudman & Robbins LLP
655 W Broadway
Suite 1900
San Diego, CA 92101

**Robin Winchester**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087