UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE
LITIGATION
_____/

This Document Relates To:

Case No. 07-60821-Civ-MARRA

ANTONIO GONZALEZ CARRIZOSA,
et al.,

    Plaintiffs
v.

CHIQUITA BRANDS INT'L, INC.,
an Ohio corporation, and
CHIQUITA FRESH NORTH AMERICA
LLC, a Delaware corporation

    Defendants.
_____/

## ORDER STAYING CONSIDERATION OF MOTION TO DISMISS

**THIS CAUSE** is before the Court upon Defendants' Motion to Dismiss Complaint [DE 32] in the tag-along case *Antonio Gonzalez Carrizosa, et al. v. Chiquita Brands Int'l, Inc., et al.*, Case No. 07-60821-Civ-Marra. This motion was filed before the MDL was established. Since the formation of the MDL, a briefing scheduling for motions to dismiss has been established for all tag-along cases so that all motions to dismiss may

be considered at one time.  Therefore, it is hereby

**ORDERED** that, for administrative purposes, consideration of Defendants' Motion to Dismiss Complaint [DE 32] in the case *Antonio Gonzalez Carrizosa, et al. v. Chiquita Brands Int'l, Inc., et al.*, Case No. 07-60821-Civ-Marra is STAYED, until such time that the Court may consider all pending motions to dismiss.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of September, 2008.

KENNETH A. MARRA
United States District Judge

copies to:

All counsel of record
Magistrate Judge Linnea R. Johnson