**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 08-MD-01916. (Marra/Johnson)**


IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC., ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION

—————————————————————————/

This Document Relates to:

ATS ACTIONS

—————————————————————————/

**NOTICE OF APPEARANCE**
**AND REQUEST TO RECEIVE NOTICE OF ELECTRONIC FILING**

Attorneys Jose E. Arvelo, John E. Hall, Gregg H. Levy, Jonathan L. Marcus, Fuad Rana,

and Jonathan M. Sperling of Covington & Burling, LLP, who have been admitted to the Lead

Case in this multi-district litigation as counsel on behalf of Defendants CHIQUITA BRANDS

INTERNATIONAL, INC., CHIQUITA FRESH NORTH AMERICA LLC, and FERNANDO

AGUIRRE, file their Notice of Appearance on behalf of the same Defendants in the following

cases, which have been consolidated with the Lead Case:

| | |
|---|---|
| 0:07-cv-60821-KAM | Carrizosa et al v. Chiquita Brands International, Inc. et al |
| 0:10-cv-60573-KAM | Henao Montes et al v. Chiquita Brands International, Inc. |
| 1:08-cv-20641-KAM | Julin et al v. Chiquita Brands International, Inc. |
| 9:08-cv-80421-KAM | Doe 1 et al v. Chiquita Brands International, Inc. et al |
| 9:08-cv-80465-KAM | Does (1-144) v. Chiquita Brands International, Inc. et al |
| 9:08-cv-80480-KAM | Does et al v. Chiquita Brands International, Inc. et al |
| 9:08-cv-80508-KAM | Valencia et al v. Chiquita Brands International, Inc. et al |
| 9:09-cv-80683-KAM | Pescatore et al v. Chiquita Brands International, Inc. et al |
| 9:10-cv-80652-KAM | Does 1 Through 976 et al v. Chiquita Brands International, Inc. et al |
| 9:10-cv-80954-KAM | Stansell et al v. Chiquita Brands International, Inc. |

The above referenced attorneys currently receive electronic Notices of Electronic Filings in the Lead Case. Pursuant to Section 2B of the CM/ECF Administrative Procedures, the undersigned requests the Court to provide the above-referenced attorneys electronic Notices of Electronic Filings at the email addresses previously filed with the Court

Dated: September 23, 2010                          Respectfully submitted,

                                                           /s/ Cristopher S. Rapp
Gregg H. Levy                                       Sidney A. Stubbs  (Florida Bar No. 095596)
John E. Hall                                        E-mail: sstubbs@jones-foster.com
Jonathan L. Marcus                                  Robert W. Wilkins (Florida Bar No. 578721)
José E. Arvelo                                      E-mail:  rwilkins@jones-foster.com
Fuad Rana                                           Cristopher S. Rapp (Florida Bar No. 0863211)
COVINGTON & BURLING LLP                             Email:  csrapp@jones-foster.com
1201 Pennsylvania Avenue, N.W.                      **JONES, FOSTER, JOHNSTON & STUBBS, P.A**.
Washington, D.C. 20004                              505 South Flagler Drive, Suite 1100
Telephone: (202) 662-6000                           West Palm Beach, FL 33401
Fax: (202) 662-6291                                 Telephone:  (561) 650-0400
                                                    Facsimile: (561) 650-0412
Jonathan M. Sperling                                *Attorneys for Defendants Chiquita Brands*
COVINGTON & BURLING LLP                             *International, Inc., Chiquita Fresh North America*
The New York Times Building                         *LLC, and Fernando Aguirre*
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Fax: (212) 841-1010

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the September 23, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:      /s/ Cristopher S. Rapp
Florida Bar No. 0863211
csrapp@jones-foster.com

P:\DOCS\25186\00001\PLD\1982141.DOC

3